E-FILED
Monday, 04 May, 2026 03:35:11 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 25-cr-30045-003 |
| | ) | |
| PRINCE A. STEVENSON, | ) | *The Honorable* |
| | ) | *Colleen Lawless,* |
| | ) | *United States* |
| | ) | *District Judge, Presiding.* |
| Defendant. | ) | |

**<u>MOTION TO UNSEAL PRESENTENCE INVESTIGATION REPORT DATED JUNE 10, 2011, IN CASE NUMBER 09-cr-30077</u>**

**NOW COMES** Defendant, PRINCE A. STEVENSON, by and through his court-appointed attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and for his Motion to Unseal Presentence Investigation Report Dated June 10, 2011, in Case Number 09-cr-30077, states to this Honorable Court as follows, that:

1. On or about September 23, 2025, undersigned counsel was court-appointed to represent Defendant herein in the above-captioned cause.

2. Undersigned counsel has been actively negotiating with the Government in an effort to realize an optimal disposition of the above-styled cause short of a trial.

3. The parties are seeking to unseal Defendant's June 10, 2011, Presentence Investigation Report in case number 09-cr-30077 for the benefit of attempting to calculate Defendant's sentencing guideline range in the instant cause.

4. Defendant respectfully prays that this Honorable Court unseal and provide to the parties, Defendant's June 10, 2011, Presentence Investigation Report in case number 09-cr-30077.

5. The Government has been consulted as to this motion and poses no objection in

light of the fact that it would be receiving the same unsealed report.

**WHEREFORE**, Defendant, PRINCE A. STEVENSON, respectfully prays that this Honorable Court unseal and provide to the parties, Defendant's June 10, 2011, Presentence Investigation Report in case number 09-cr-30077 for all of the reasons set forth herein, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*

Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
**Wykoff Law Office, LLC**
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: mark@wykofflaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sarah E. Seberger, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Prince A. Stevenson
c/o Macoupin County Jail
215 South East Street #1
Carlinville, IL 62626

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
**Wykoff Law Office, LLC**
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4 147
E-mail: mark@wykofflaw.com